FIL...D

SEP - 5 2006

CLERK, ...
SOUTHERN DIS...
BY

1
2
3
4
5
6
7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11   Tracey PABON,                          Civil No.   05-CV-283 LAB (CAB)

12                           Plaintiff,
                                            **ORDER RE PLAINTIFF'S MOTION**
13             v.                           **FOR EXTENSION OF TIME**
                                            **[doc. # 84]**
     Arnold ANGELICI, et al.,

14                           Defendants.

15         Plaintiff Tracey Pabon ("Plaintiff" or "Pabon"), a state prisoner proceeding *pro se*,

16   brought this case for violations of his civil rights under 42 U.S.C. § 1983.  On May 25, 2006

17   Plaintiff filed a "Motion for Extension of Time." [Doc. # 84].  Plaintiff appears to seek a 90-day

18   continuance of the hearing date for his motion for leave to file a supplemental pleading under Rule

19   15(d), filed on April 20, 2006.[1]  [Doc. # 72].  The latter motion was filed without obtaining a

20   hearing date from the Court.  Counsel for deceased Defendant Arnold Angelici, D.D.S. ("Dr.

21   Angelici") filed an opposition to Plaintiff's motion for leave to file a supplemental pleading on

22   May 23, 2006.  [Doc. # 78].

23         Plaintiff stated that he needs the additional time to conduct discovery related to Dr.

24   Angelici's death, namely to obtain the certificate of Dr. Angelici's death, the name of the county

25   where Dr. Angelici passed away, and the information regarding Dr. Angelici's insurance.  Since

26   the filing of the request for an extension, Defendant's counsel has provided Plaintiff with

27   _____

28   [1]     Plaintiff claims that he already filed a supplemental pleading claim, but in fact he only
     sought leave to do so.

                                      1                        05-cv-283 LAB (CAB)

1    Defendant's death certificate. (Part. Opp. to Pl.'s Mot. to Produce County of Residence of the

2    Deceased Def. Angelici, 2:2-3). Defendant's counsel has also been ordered to provide Plaintiff

3    with the name of the county where Dr. Angelici resided at the time of his death. (Order Re Pl.'s

4    Mot. to Compel Production of Documents Related to Deceased Def. Angelici, 1:25-26).

5        Accordingly, Plaintiff shall have until **September 18, 2006** to file his reply to

6    Defendant's opposition to Plaintiff's motion for leave to file a supplemental pleading. The motion

7    will be deemed submitted as of the date of the receipt of the reply.

8        **IT IS SO ORDERED.**

9

10 DATED: _____9/1/06_____

11                         **CATHY ANN BENCIVENGO**
                            United States Magistrate Judge

12

13 cc:      All parties, counsel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28