1 COOLEY GODWARD LLP
 ANTHONY M. STIEGLER (126414)
2 astiegler@cooley.com
 GUILLERMO CABRERA (190303)
3 gcabrera@cooley.com
 4401 Eastgate Mall
4 San Diego, CA 92121
 Telephone:   (858) 550-6000
5 Facsimile:   (858) 550-6420

6 Attorneys for Plaintiff
 TRACEY PABON



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY PABON, | Case No. 05-0283 LAB (CAB) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND OTHER PRETRIAL PROCEEDINGS** |
| v. | |
| STUART RYAN, DR. ARNOLD ANGELICI, D.D.S., DR. DONALD GARSH, D.D.S., DR. RICHARD TORCHIA, D.D.S., and DOES 1 through 100, inclusive, | |
| Defendants. | |

**WHEREAS**, on March 28, 2006, the Court entered a Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings in the instant action;

**WHEREAS**, Plaintiff, an inmate of the California State Prison, in Califpatria, California and formerly appearing *pro se*, has recently engaged new counsel, Cooley Godward LLP, which has agreed to represent Plaintiff on a *pro bono* basis.

**WHEREAS**, due to the complexity of this action, and Cooley Godward's need for additional time to familiarize itself with the pleadings and discovery therein, more time is required for discovery and pre-trial motions, and more time is needed to determine whether the First Amended Complaint needs to be amended;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

510831 v1/SD

**ORIGINAL**

Case No. 05-0283 LAB (CAB)

|   |   |
|---|---|
| 1 | **THEREFORE**, the parties, by and through their undersigned counsel, hereby stipulate and |
| 2 | agree, subject to Court approval, that the deadlines of the Amended Scheduling Order be |
| 3 | extended as follows: |
| 4 | 1.      Any motion to join other parties, to amend the pleadings, or to file additional |
| 5 | pleadings shall be filed on or before **October 2, 2006**. |
| 6 | 2.      Each party shall designate his or her expert witnesses in writing by **March 2,** |
| 7 | **2007**. The date for exchange of rebuttal experts shall be on or before **March 21, 2007**. |
| 8 | 3.      Each designated expert, including rebuttal, witness shall prepare a written report to |
| 9 | be provided to all other parties no later than **April 26, 2007**. |
| 10 | 4.      Any party, through any expert designated, shall in accordance with Fed. R. Civ. P. |
| 11 | 26(a)(2)(C) and Fed. R. Civ. P. 26(e), supplement any of its expert reports regarding |
| 12 | contradictory or rebuttal evidence on or before **May 23, 2007**. |
| 13 | 5.      All discovery, including experts, shall be completed by all parties on or before |
| 14 | **June 29, 2007**. |
| 15 | 6.      All other pretrial motions, excluding motions *in limine*, shall be filed so that they |
| 16 | are heard on or before **July 31, 2007**. |
| 17 | 7.      A Mandatory Settlement Conference shall be conducted on *August 31, 2007* |
| 18 | at *10:00 a.m.* in the chambers of Magistrate Judge Bencivengo. |
| 19 | 8.      Counsel shall make their Pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) |
| 20 | on or before ~~October 12, 2007~~ *September 14, 2007*. |
| 21 | 9.      Counsel may object to Pretrial Disclosures on or before ~~November 2, 2007~~ *October 5, 2007*. |
| 22 | 10.     Each side shall meet and take the action required by Civil Local Rule 16.1(f)(4) on |
| 23 | or before ~~November 9, 2007~~ *October 12, 2007*. |

1  11. The final pretrial conference shall be scheduled on the calendar of the Honorable
2  Larry A. Burns on OCT 15, 2007 at 11:30 a.m.
3  IT IS SO STIPULATED:

4  Dated: August 25, 2006        COOLEY GODWARD LLP
                                  ANTHONY M. STIEGLER
5                                 GUILLERMO CABRERA

6
7                                 _____
                                  Guillermo Cabrera
8
                                  Attorneys for Plaintiff
9                                 TRACEY PABON

10

11 Dated: August 24, 2006         OFFICE OF THE ATTORNEY GENERAL
                                  KRISTIN G. HOGUE
12                                MICHAEL P. CAYABAN

13
14                                _____
                                  Kristin G. Hogue  Michael Cayaban
15
                                  Attorneys for Defendants
16                                STUART RYAN and DR. DONALD GARSH

17

18 Dated: August ___, 2006        REILY & JEFFERY
                                  JANINE K. JEFFERY
19

20
                                  _____
21                                Janine K. Jeffery

22                                Attorneys for Defendant
                                  DR. ARNOLD ANGELICI
23

24 IT IS SO ORDERED:

25
                                  _____
26 Dated: 8-31-06                 JUDGE, U.S. DISTRICT COURT

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

510831 v1/SD                      3.                      Case No. 05-0283 LAB (CAB)

11. The final pretrial conference shall be scheduled on the calendar of the Honorable Larry A. Burns on _____ at _____.

IT IS SO STIPULATED:

Dated: August ___, 2006

COOLEY GODWARD LLP
ANTHONY M. STIEGLER
GUILLERMO CABRERA

_____
Guillermo Cabrera
Attorneys for Plaintiff
TRACEY PABON

Dated: August ___, 2006

OFFICE OF THE ATTORNEY GENERAL
KRISTIN G. HOGUE
MICHAEL P. CAYABAN

_____
Kristin G. Hogue
Attorneys for Defendants
STUART RYAN and DR. DONALD GARSH

Dated: August 25, 2006

REILY & JEFFERY
JANINE K. JEFFERY

_____
Janine K. Jeffery
Attorneys for Defendant
DR. ARNOLD ANGELICI

IT IS SO ORDERED:

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT