UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY PABON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STUART RYAN, DR. ARNOLD ANGELICI, D.D.S., DR. DONALD GARSH, D.D.S., CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　　Defendants. | Civil No.　05-CV-283 LAB (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for Plaintiff contacted the Court on November 30, 2006, and represented that the case has settled as to Plaintiff Tracey Pabon and Defendant Arnold Angelici, D.D.S. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **January 9, 2007**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Larry Alan Burns, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted

---

[1] *See* General Order 550, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13, for the chambers' official email address and procedures on emailing proposed orders.

on or before January 9, 2007, then a Settlement Disposition Conference shall be held on **January 10, 2007**, at **9:30 a.m.** before Judge Bencivengo.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before January 9, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

DATED:  November 30, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge