UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY PABON,<br><br>                                     Plaintiff,<br><br>        v.<br><br>STUART RYAN, DR. ARNOLD ANGELICI, D.D.S., DR. DONALD GARSH., and DOES 1 through 100, inclusive,<br><br>                                     Defendants. | Civil No.   05cv00283 LAB (CAB)<br><br>**ORDER REGARDING THE PARTIES' JOINT MOTION TO EXTEND CASE DEADLINES [Doc. # 165]** |

On October 18, 2007, the parties submitted a joint motion to extend discovery and other case management deadlines. After review of the papers, it is HEREBY ORDERED:

      1.     All discovery, including experts, shall be completed by all parties **on or before November 16, 2007**.

      2.     In the absence of a showing of good cause, the parties' motion to extend the remaining case management deadlines is **DENIED**.

///
///
///
///
///
///

3. On **November 14, 2007**, at **9:30 a.m**., a telephonic status conference shall be held before the Honorable Cathy Ann Bencivengo in order to determine the status of settlement negotiations. Plaintiff's counsel shall coordinate and initiate the call.

**IT IS SO ORDERED**.

DATED: October 18, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge