IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY PABON,<br><br>               Plaintiff,<br><br>   v.<br><br>STUART RYAN, DR. ARNOLD ANGELICI, D.D.S., DR. DONALD GARSH, D.D.S., DR. RICHARD TORCHIA, D.D.S., and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 05CV0283LAB (CAB)<br><br>**ORDER DISMISSING DEFENDANT GARSH WITH PREJUDICE PURSUANT TO JOINT MOTION** |

**THE PARTIES HAVING FILED A JOINT MOTION STIPULATING THERETO, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:**

Defendant Dr. Donald Garsh is hereby **DISMISSED WITH PREJUDICE** from the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: November 1, 2007

*Larry A. Burns*
UNITED STATES DISTRICT JUDGE

**CASE NO. 05-0283 LAB (CAB)**