UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TRACEY PABON,

                                    Plaintiff,

            v.

STUART RYAN, et al.,

                                    Defendants.

Civil No.    05cv283 LAB (CAB)

**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**

Counsel for all parties contacted the Court on November 14, 2007, and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

1.      A Joint Motion for Dismissal shall be electronically filed **on or before January 2, 2008.**[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Larry A. Burns, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

2.      If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before January 2, 2008, then a Settlement Disposition Conference shall be held on **January 3, 2008**, at **9:30 a.m.** before Judge Bencivengo.  The conference

_____

[1]   *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2]   *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

shall be _telephonic_, with _attorneys only_.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3.    If a Joint Motion for Dismissal and proposed order for dismissal are received on or before January 2, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED.**

DATED:  November 14, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

05cv283