1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    TRACEY PABON,                              CASE NO. 05CV0283-LAB (CAB)
      CDC #C-84831,
12                                               **ORDER RE: PRETRIAL**
                                      Plaintiff,  **DISCLOSURES**
13            vs.

14    STUART RYAN, DR. ARNOLD
      ANGELICI, D.D.S., DR. DONALD GARSH,
15    D.D.S., DR. RICHARD TORCHIA, D.D.S.,
      and DOES 1 though 100, inclusive,
16
                                     Defendants.
17
             On June 29, 2007, the Court issued a scheduling order setting dates for, among other things,

18    pretrial disclosures and a pretrial conference.  On November 14, 2007, the parties informed Magistrate

19    Judge Bencivengo they had reached a settlement as to the remaining issues in this case.  The Court

20    therefore **VACATES** those portions of its June 29, 2007 order requiring pretrial disclosures and

21    setting dates for objections to pretrial disclosures (¶¶ 5–7).  The final pretrial conference on calendar

22    for February 4, 2008, however, will remain on calendar until either a joint motion for dismissal is filed

23    or settlement is effected at the settlement disposition conference, as provided in Magistrate Judge

24    Cathy Bencivengo's order of November 14, 2007.

25           **IT IS SO ORDERED**.

26    DATED:  December 4, 2007

27

28                                       _Larry A. Burns_

                                         **HONORABLE LARRY ALAN BURNS**
                                         United States District Judge

                                                                             05CV0283