UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY PABON,<br><br>                              Plaintiff,<br><br>v.<br><br>STUART RYAN, DR. ARNOLD ANGELICI, D.D.S., DR. DONALD GARSH, D.D.S., DR. RICHARD TORCHIA, D.D.S., and DOES 1 through 100, inclusive,<br><br>                              Defendants. | Civil No.   05cv00283 LAB (CAB)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE AND VACATING PRETRIAL CONFERENCE** |

At the request of the parties, and good cause existing, the Settlement Disposition Conference scheduled for January 3, 2008, has been **CONTINUED** to February 25, 2008.  The pretrial conference before the Honorable Larry A. Burns, set for February 4, 2008, is **VACATED**. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be electronically filed on or before **February 22, 2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Larry A. Burns, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

---

[1] *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before February 22, 2008, then a Settlement Disposition Conference shall be held on **February 25, 2008**, at **1:30 p.m.** before Judge Bencivengo. The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before February 22, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED: January 4, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge